IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff § | |
| § | |
| v. § | Case No. 3:13-CR-00386-B |
| § | |
| ANASTASIO N. LAOUTARIS, § | |
| Defendant § | |

**DEFENDANT'S DESIGNATION OF EXPERTS**

TO THE HONORABLE JANE BOYLE, UNITED STATES DISTRICT JUDGE:

COMES NOW the Defendant ANASTASIO N. LAOUTARIS and files this Defendant's Designation of Experts. The following persons are probable and potential witnesses in this case, with a brief description as to their proposed testimonies.

Due to the charges in the Indictment of causing damage to a computer system, the experts will testify to the issue of identity of the perpetrator. The defense previously provided the government with a preview of the experts' proposed testimony.

| **WITNESS NAME** | **TESTIMONY** |
|---|---|
| 1. Anthony Le<br>Houston, Texas | Expert testimony about computer networks, log in, network access, IP addresses, smurfing addresses, Log Me In, the lack of evidence concerning identity of the perpetrator. |

| | |
|---|---|
| 2. Kevin Schmidt<br>    Houston, Texas | Expert testimony about computer networks, log in, network access, Log Me In, evidence about the identity of the perpetrator, and/or IP addresses and smurfing addresses. |

/s/ John Teakell
JOHN TEAKELL

Law Office of John R. Teakell
2911 Turtle Creek Blvd.
Suite 300
Dallas, TX  75219
Tele.   (214) 523-9076
Fax     (214) 523-9077

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant's Designation of Experts was served on the U.S. Attorney's Office, Dallas, Texas, and all parties of record, on this 23rd day of February, 2015.

  /s/ John Teakell
John Teakell