IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. 3:13-CR-00386-B |
| | § | |
| ANASTASIO N. LAOUTARIS, | § | |
| Defendant | § | |

## DEFENDANT'S SECOND WITNESS LIST

TO THE HONORABLE JANE BOYLE, UNITED STATES DISTRICT JUDGE:

COMES NOW the Defendant ANASTASIO N. LAOUTARIS and files this Defendant's Second Witness List as ordered in the Court's scheduling order. The following persons are probable and potential witnesses in this case, with a brief description as to their proposed testimonies.

| **WITNESS NAME** | **PROBABLE/ POSSIBLE** | **TESTIMONY** |
|---|---|---|
| 1. John Paradysz<br><br>Houston, Texas | Probable | <u>Fact / Custodial</u><br>Testimony of Locke Lord computer network and issues; emails and communications about network problems and outages. |
| 2. Kyle Metcalf<br>Dallas, TX | Probable | <u>Fact / Custodial</u><br>Testimony of Locke Lord computer network and issues; emails and communications |

| | | |
|---|---|---|
| | | about network problems and outages. |
| 3. Kenny Bradford<br><br>Dallas, Texas | Probable | <u>Fact / Custodial</u><br>Testimony of Locke Lord computer network and issues; emails and communications about network problems and outages. Remote log in; and IT Commandos. |
| 4. Jerry McEachern<br><br>Dallas, Texas | Probable | <u>Fact / Custodial</u><br>Testimony of Locke Lord computer network and issues; emails and communications about network problems and outages. |
| 5. Miles Holsworth<br><br>Dallas, Texas | Probable | <u>Fact / Custodial</u><br>Testimony of Locke Lord computer network and issues; emails and communications about network problems and outages. |
| 6. Joe Ramos<br><br>Houston, Texas | Probable | <u>Fact / custodial</u><br>Testimony of Locke Lord computer network about problems and outages. Defendant's employment. |
| 7. Chris Grzadziel<br><br>Chicago, Illinois | Probable | <u>Fact / Custodial</u><br>Testimony of Locke Lord computer network and issues; emails and communications about network and Laoutaris. |
| 8. Stan Guzik | Probable | <u>Fact / Custodial</u> |

|   |   |   |
|---|---|---|
| Chicago, Illinois | | Testimony of Locke Lord computer network and issues; remote log in and communications about the network. Laoutaris' employment. |
| 9. Michael Ger<br><br>Chicago, Illinois | Probable | Fact / Custodial<br>Testimony of Locke Lord computer network and issues; emails and communications about network issues. Laoutaris' employment. |
| 10. Anthony Le<br><br>Houston, Texas | Probable | Expert<br>Expert testimony about computer networks, log in, network access, IP addresses, smurfing addresses, Log Me In, etc. |
| 11. Ross Cleveland<br><br>Euless, Texas | Probable | Expert<br>Expert testimony about computer networks, log in, network access, IP addresses, smurfing addresses, Log Me In, etc. |
| 12. Custodian of Records/Rep.<br><br>Dallas, Texas | Possible | Fact / Custodial<br>The Planet – records and testimony about emails, screens, and IP addresses. |
| 13. Custodian of Records/Rep. | Possible | Fact / Custodial / Expert<br>Log Me In – records and testimony about Log Me In, remote access, screens, and IP addresses. |
| 14. Retired Agent or Company Rep. | Possible | Expert |

3

|  |  |  |
|---|---|---|
|  |  | Testimony about computer networks, attacks, infiltrations, compromises, etc. |
| 15. Ernie Kohnke or Custodian/Rep. | Probable | Custodial Testimony about Trafigura Trading records or lack thereof. |
| 16. Custodian of Records | Possible | Fact / Custodial Softlayer Technologies records and responses to subpoena. |

/s/ John Teakell
JOHN TEAKELL

Law Office of John R. Teakell
2911 Turtle Creek Blvd.
Suite 300
Dallas, TX  75219
Tele.   (214) 523-9076
Fax     (214) 523-9077

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant's Second Witness List was served on the U.S. Attorney's Office, Dallas, Texas, and all parties of record, on this 11th day of September, 2015.

 /s/ John Teakell
JOHN R. TEAKELL