IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff § | |
| § | |
| v. § | Case No. 3:13-CR-00386-B |
| § | |
| ANASTASIO N. LAOUTARIS, § | |
| Defendant § | |

# DEFENDANT'S SECOND EXHIBIT LIST

TO THE HONORABLE JUDGE BOYLE:

COMES NOW the Defendant LAOUTARIS and files this Second Exhibit List as ordered in the Court's scheduling order. The following items are potential exhibits in this case.

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Ger or Laoutaris | Email String 8-10-11 Ger - Laoutaris | _____ | _____ | _____ |
| 2. | Ger or Paradysz | Email String 8/2011 | _____ | _____ | _____ |
| 3. | Paradysz | Emails with 10/11 Screen Shot | _____ | _____ | _____ |
| 4. | Laoutaris | Campbell email 12/12/11 | _____ | _____ | _____ |
| 5. | Laoutaris | Son Email String 12/18 & 19/11 | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Laoutaris | Carr Email 12/19/11 | _____ | _____ | _____ |
| 7. | Laoutaris | Son Email 12/19/11 re Work Stations | _____ | _____ | _____ |
| 8. | Paradysz | Email to Bradford 12/8/11 | _____ | _____ | _____ |
| 9. | Bradford | Email 12/5/11 | _____ | _____ | _____ |
| 10. | Laoutaris | Log Screen Shot 10-7-11 | _____ | _____ | _____ |
| 11. | Laoutaris | Notice – Hotmail | _____ | _____ | _____ |
| 12. | Paradysz | Email 12/13/11 | _____ | _____ | _____ |
| 13. | Paradysz | Email 12/13/11 | _____ | _____ | _____ |
| 14. | Paradysz | Attack Report w/ Screen Shots | _____ | _____ | _____ |
| 15. | Self | AT&T Records | _____ | _____ | _____ |
| 16. | Self | Log Me In Screen | _____ | _____ | _____ |
| 17. | Bradford | Email re IT Commander | _____ | _____ | _____ |
| 18. | Laoutaris | Email re Kabel | _____ | _____ | _____ |
| 19. | Self | Experts Exchange re domain | _____ | _____ | _____ |
| 20. | Laoutaris | InfraGard email | _____ | _____ | _____ |
| 21. | Self | Log Me In Vendor Description | _____ | _____ | _____ |
| 22. | Laoutaris | Email 12/08/11 | _____ | _____ | _____ |
| 23. | Paradysz | Email Memo. Petty 12/05/11 | _____ | _____ | _____ |

| # | | | | | |
|---|---|---|---|---|---|
| 24. | Laoutaris | Log Screen Shots | _____ | _____ | _____ |
| 25. | Laoutaris | Log Screen Shot Planet address 10-1-11 | _____ | _____ | _____ |
| 26. | Laoutaris | Laoutaris to Hsu Email | _____ | _____ | _____ |
| 27. | Laoutaris | Trevino Email | _____ | _____ | _____ |
| 28. | Laoutaris | Email to Paradysz | _____ | _____ | _____ |
| 29. | Laoutaris | Email from Pierson | _____ | _____ | _____ |
| 30. | Laoutaris | Emails to Kabel | _____ | _____ | _____ |
| 31. | Self/Laoutaris | Log Screen Shot 9/03/11 | _____ | _____ | _____ |
| 32. | Laoutaris | Emails from Locke | _____ | _____ | _____ |
| 33. | Paradysz | Emails re Firewall | _____ | _____ | _____ |
| 34. | McEachern | Email re Network | _____ | _____ | _____ |
| 35. | Self/Paradysz | Log Screens | _____ | _____ | _____ |
| 36. | Laoutaris | AT&T Support Transcript | _____ | _____ | _____ |
| 37. | Laoutaris | Resignation – Letter | _____ | _____ | _____ |
| 38. | Paradysz | Emails – Kastle Systems | _____ | _____ | _____ |
| 39. | Self / Laoutaris | Byzantine Candor Articles | _____ | _____ | _____ |
| 40. | Self / Laoutaris | Chinese Hackers Articles | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 41. | Self / Laoutaris | System Compromise Indicators / Inquiries | _____ | _____ | _____ |
| 42. | Self / Laoutaris | Chinese Hackers / Redlines | _____ | _____ | _____ |
| 43. | Self / Laoutaris | Years of Espionage and Related | _____ | _____ | _____ |
| 44. | Self / Laoutaris | Internal Reconnaissance | _____ | _____ | _____ |
| 45. | Self / Laoutaris | Law Firms and Cyber Security / FBI Site Page | _____ | _____ | _____ |
| 46. | Self / Laoutaris | How a Virus is Spread | _____ | _____ | _____ |
| 47. | Self / Laoutaris | Removal Guide | _____ | _____ | _____ |
| 48. | Self / Laoutaris | Softlayer and Related | _____ | _____ | _____ |
| 49. | Self / Laoutaris | Geekorium Posts and Related | _____ | _____ | _____ |
| 50. | Self / Laoutaris | Softlayer Articles | _____ | _____ | _____ |
| 51. | Self / Laoutaris | Resignation and Related | _____ | _____ | _____ |
| 52. | Self / Laoutaris | Password and Logins | _____ | _____ | _____ |
| 53. | Self / Laoutaris | IP Addresses and Related | _____ | _____ | _____ |
| 54. | Self / Laoutaris | Websense and Suspicious Activities | _____ | _____ | _____ |
| 55. | Self / Laoutaris | Domain Controller Emails | _____ | _____ | _____ |

56. Self / Laoutaris          LogMeIn and Related          _____   _____   _____

57. Stipulation or Custodian  LogMeIn Records              _____   _____   _____
                              (as received)

58. Custodian or Records      Trafigura Trading            _____   _____   _____
                              (as received)

59. Custodian of Records      Locke Lord Emails            _____   _____   _____
                              (as received)

60. Custodian of Records      Softlayer Technologies Records
                              (as received)                _____   _____   _____

61.+                          Subpoenaed Documents
                              and Additional as Received

      /s/ John Teakell
JOHN TEAKELL

Law Office of John R. Teakell
2911 Turtle Creek Blvd.
Suite 300
Dallas, TX  75219
Tele.   (214) 523-9076
Fax     (214) 523-9077

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant's Second Exhibit List was served on Asst. U.S. Attorney Paul Yanowitch on this 11th day of September, 2015.

      /s/ John Teakell
JOHN R. TEAKELL