IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Criminal No. 3:13-CR-386-B |
| v. | |
| | |
| ANASTASIO N. LAOUTARIS (01) | **FILED ECF** |

**ORDER ON GOVERNMENT'S MOTION IN LIMINE TO BAR USE OR REFERENCE TO A CIVIL BREACH OF CONTRACT ACTION**

The government has moved the Court *in limine* to bar the defendant from attempting to impeach the government's expert, Christopher Pogue, with evidence that he was sued civilly by a prior employer for breach of his employment contract, or to attempt to introduce, reference, or use this evidence in any other way at trial. After consideration of the authorities and arguments submitted by the parties, the Court finds that the motion should be and hereby is GRANTED.

Therefore, it is ORDERED that the defendant is barred from using evidence of the civil lawsuit against Pogue as a basis for impeachment, or referring to or using this evidence at trial.

So ordered this 21st day of September 2015.

HONORABLE JANE J. BOYLE
United States District Judge