IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:13-CR-386-B |
| v. | |
| ANASTASIO N. LAOUTARIS (01) | **FILED ECF** |

## ORDER ON THE ADMISSIBILITY AT TRIAL
## OF EVIDENCE OF REVERSE 404(B) EVIDENCE

The defendant has indicated that he intends to introduce at trial documents and testimony tending to show that individuals and entities, including foreign governments, agents of foreign governments, criminal organizations, and others have surreptitiously and without authorization accessed - or "hacked" - numerous computer networks in the United States, including networks owned, operated, and/or maintained by the United States Government, businesses, and law firms. The defendant has indicated, further, that he intends to introduce at trial testimony and evidence that certain of these individuals and entities have targeted United States law firms for hacking attempts. The government has objected to the admissibility of this evidence.

The Court cannot, prior to the hearing any of the government's evidence, definitively determine whether this evidence is relevant under Federal Rule of Evidence 401, and if it is, whetrher it nonetheless is inadmissible under Federal Rule of Evidence 403.

It is hereby ORDERED, therefore, that the defendant shall not attempt to introduce evidence of or refer to any of the following, without first raising the issue outside the presence of the jury and obtaining Court approval: Evidence that any individual or entity, including any foreign government, agents of a foreign government, criminal organization, group, or others, have or have attempted, by any means, to gain unauthorized, surreptitious access to any network or computer owned, operated, and/or maintained by the United States Government or any business, organization, association, group, or individual(s), including any network or computer owned, operated, and/or maintained by any law firm or lawyer in the United States.

So ordered this 21st day of September 2015.

HONORABLE JANE J. BOYLE
United States District Judge